MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORGE LUIS CORTES-SOTO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 11-CR-754 DLJ <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING TO APRIL 26, 2012 |

     The Parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for March 29, 2012 at 9 a.m. be vacated, and that the hearing be re-set for April 26, 2012 at 9 a.m. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation, the need to jointly negotiate a resolution in this matter, and for the continuity of counsel, given that government counsel will not be available on March 29, 2012.

     The parties stipulate that the time between March 29, 2012 and April 26, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the

ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 21, 2012

MELINDA HAAG
United States Attorney

\_\_\_/s/_____
CAROLYNE A. SANIN
Special Assistant United States Attorney

\_\_\_/s/_____
HEATHER ROGERS
Attorney for Defendant

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for March 29, 2012 at 9 a.m., shall be continued to April 26, 2012, at 9 a.m.

THE COURT FINDS that failing to exclude the time between March 29, 2012 and April 26, 2012, would unreasonably deny the government continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between March 29, 2012 and April 26, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between March 29, 2012 and April 26, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 



_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE